Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Case No.: 25–31824
Chapter: 7
Judge: Jeffrey P Norman

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angela Williams Jackson
5618 Belcrest St
Houston, TX 77033

Social Security / Individual Taxpayer ID No.:
xxx–xx–6232

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Travis, Christopher)

Dated: 6/24/25

United States Trustee